**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2286

VICTOR L. PADILLA,

              Plaintiff - Appellant,

         v.

ROY O. PRIEST; BRADDOCK W. REYNOLDS LTD. PARTNERSHIP,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:13-cv-00888-GBL-TCB)

Submitted: February 19, 2014          Decided: February 26, 2014

Before MOTZ, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victor L. Padilla, Appellant Pro Se.  Michael Jay Weiser, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor L. Padilla appeals the district court's order dismissing Padilla's civil case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Padilla v. Priest, No. 1:13-cv-00888-GBL-TCB (E.D. Va. Oct. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED